UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 22-1540-MWF(GJSx)**                    Dated: **July 28, 2022**

Title:      Linda Matlow -*v*- Yahoo, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                           None Present
Courtroom Deputy                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                           None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

    In light of the Notice of Settlement [30] filed July 27, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for September 19, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                        Initials of Deputy Clerk ___rs___
CIVIL - GEN